SUZANNE A. LUBAN
Attorney at Law
State Bar No.: 120629
3758 Grand Ave. #4
Oakland, California 94610
Telephone 510/832-3555

Attorney for Defendant
HENRI E. NORRIS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
(S.F. Venue)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 12-631-SI |
| ) | |
| Plaintiff, ) | STIPULATION TO FURTHER |
| ) | CONTINUE HEARING |
| vs. ) | |
| ) | |
| HENRI E. NORRIS, ) | |
| ) | |
| Defendant, ) | |
| _____ ) | Judge: Hon. Susan Illston |

    The sentencing for defendant Henri E. Norris has been continued by this Court for reasons set forth in earlier-filed stipulations by counsel.

    The parties request this Court to vacate the current sentencing date of August 30, 2013 and instead set a hearing for status or to set sentencing in about three months, on December 6, 2013, for the same reasons that necessitated the earlier continuances. If a further continuance is needed as that date approaches, the parties will seek one. The defendant is out of custody and agrees to come to court whenever

/ / / /

1

1 | this Court so orders.  Both counsel are available on the date requested.
2 |        SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: August 23, 2013        /S/ *Matthew J. Kluge*
MATTHEW J. KLUGE
D.O.J. Trial Attorney
Attorney for the United States


DATED: August 23, 2013        /S/  *Suzanne A. Luban*
SUZANNE A. LUBAN
Attorney for HENRI NORRIS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
(S.F. Venue)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>HENRI E. NORRIS,<br><br>      Defendant, | CR 12-631-SI<br><br>[~~PROPOSED~~]<br>ORDER TO CONTINUE<br>VACATE SENTENCING<br>HEARING AND SET<br>DATE FOR STATUS<br><br>Judge: Hon. Susan Illston |

For the reasons stated in the earlier stipulations filed by counsel, the Court finds that a continuance of the August 30, 2013 hearing is warranted. This matter shall be continued to December 6, 2013 at 11:00 a.m. for status or to set a sentencing hearing.

IT IS SO ORDERED.

DATED: 8/26, 2013

_____
Hon. SUSAN ILLSTON
United States District Judge